**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7035**

---

FRANKIE L. MCCOY, SR.,

Plaintiff - Appellant,

versus

THOMAS   R. CORCORAN, Warden; UNKNOWN NAMED
DEFENDANTS-STAFF; CORRECTIONAL MEDICAL SER-
VICE, INCORPORATED; ARESAHEGN GETACHEW, Dr.,
Medical Director; C. SANDERS, Administrative
Nurse; A. M. ROACH, Ms., Duty Nurse; L.
CONTEE, Ms.; MS. LINDSEY; K. O. JOHNSON, Mr.;
MR. ISICK; ALL MEDICATION-TECH NURSES; UNKNOWN
NAMED DEFENDANTS, each defendant named is sued
within their individual capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-97-
1663-L)

---

Submitted:  October 8, 1998          Decided:  November 30, 1998

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Frankie L. McCoy, Sr., Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland; Philip Melton Andrews, Severn Eyre Savage Miller, KRAMON & GRAHAM, P.A., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McCoy v. Corcoran, No. CA-97-1663-L (D. Md. July 1, 1998). We deny Appellant's motions for appointment of counsel and to extend the time in which to file a reply brief. We also deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED